[Civ. No. 5253.    Second Appellate District, Division One.—December 23, 1925.]

FRANCO–ITALIAN PACKING COMPANY (a Corporation), Petitioner, v. FISH AND GAME COMMISSION et al., Respondents.

[1] FISH AND GAME COMMISSION—JUDICIAL FUNCTIONS—CERTIORARI.— Alternative writ of *certiorari* discharged on authority of *Van Camp Sea Food Company, Inc.*, v. *Fish and Game Commission, ante,* p. 764.

PROCEEDING in Certiorari to review an order of the Fish and Game Commission.    Writ discharged.

The facts in all essential particulars are identical with those set forth in *Van Camp Sea Food Company, Inc.,* v. *Fish and Game Commission, ante,* p. 764.

William Alderson and Fredericks & Hanna for Petitioner.

B. D. Marx Greene for Respondents.

HOUSER, J.—The pleadings, the facts, the relief sought by the petitioner, and the contentions of respective counsel in all essential particulars are identical with those set forth in the case of *Van Camp Sea Food Co., Inc.,* v. *Fish and Game Commission, ante,* p. 764 [243 Pac. 702].    [1] Relying upon that case as an authority, it is ordered that the demurrer to the petition be and it is sustained, and that the writ heretofore issued herein be and the same is discharged.

Conrey, P. J., and Curtis, J., concurred.